Shaffy Moeel [CSBN 238732]
Law Office of Shaffy Moeel
2006 Kala Bagai Way, Suite 16
Berkeley, CA 94704
Phone: 415-735-5021
shaffy@moeellaw.com


Attorneys for Defendant
Onesimo Danilo Cholula Gonzalez

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 24-MJ-71769 |
|         Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO CONTINUE HEARING** |
| **ONESIMO DANILO CHOLULA GONZALEZ,** | |
|         Defendant. | |

Mr. Gonzalez is set for a status hearing before this Court on May 7, 2026 at 10:30 a.m.  The parties agree that a continuance of the status conference is needed to allow for production and review. The government has produced a very large volume of discovery, including for events across many months and extensive wiretap evidence. There are also voluminous financial records, reaching many hundreds of pages, that require redaction by the government. The defense is working to gather mitigation materials to move forward settlement discussions between the parties.

The parties thus stipulate and request that the Court re-set this matter for July 22, 2026.

STIPULATION AND ORDER TO CONTINUE HEARING
24-MJ-71769

Thus, the parties stipulate to the following:

1) The defendant excludes time of all applicable time periods under the Speedy Trial Act from May 7, through July 22, 2026.

2) The parties further agree that time should be excluded in order to provide reasonable time necessary for effective preparation of counsel, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv).

3) The parties further stipulate and agree that the ends of justice served by excluding the time from May 7, 2026 through July 22, 2026, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

4) The parties further stipulate that, with the consent of the defendant, there is good cause for extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1.  See Fed. R. Crim. P. 5.1(d).

Counsel for Mr. Gonzalez certify that they obtained approval from government counsel to file this stipulation and proposed order.

SO STIPULATED.

DATED:  May 5, 2026                          CRAIG MISSAKIAN

United States Attorney

/s/
KENNETH CHAMBERS
Assistant United States Attorney

/s/
SHAFFY MOEEL
LAW OFFICE OF SHAFFY MOEEL
Attorneys for Mr. Gonzalez

STIPULATION AND ORDER TO CONTINUE HEARING
24-MJ-71769

ORDER

Accordingly, and for good cause shown, THE COURT ORDERS THAT:

Based on the reasons provided in the stipulation of the parties above, and for good cause shown, the Court orders that Mr. Gonzalez's status hearing be re-set to July 22, 2026 at 10:30 a.m.

The Court further finds good cause to exclude all applicable time periods under the Speedy Trial Act from May 7, 2026, through July 22, 2026.

The Court finds that there is good cause for extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1.  See Fed. R. Crim. P. 5.1(d).

The Court further finds that failure to exclude time would unreasonably deny the defendant and his counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).

Thus, the Court finds that the ends of justice served by excluding the time from May 7, 2026 through July 22, 2026, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A), (B)(iv).


IT IS SO ORDERED.

DATED: May 5, 2026

_____
HON. THOMAS S. HIXSON
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER TO CONTINUE HEARING
24-MJ-71769